**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Prosperity Bank,** *Plaintiff* | § | |
| **v.** | § | **No. 1:26-cv-00572-RP** |
| **Monic Shern; Ryan Jerel Shern, Jr.; and Creekside Village Residential Community, Inc.,** *Defendants* | § | |

**<u>ORDER</u>**

This Magistrate Judge ordered the parties, or counsel acting on their behalf, to appear for an initial pretrial conference by telephone on October 26, 2026. Dkt. 26. On October 22, 2026, Plaintiff Prosperity Bank filed an unopposed Motion for Entry of Consent Order as to Defendant Creekside Village Residential Community, Inc., seeking an entry of judgment in favor of Prosperity Bank. Dkt. 29.

In light of the motion and because the Clerk has entered default against the remaining defendants, this Magistrate Judge **ORDERS** that the initial pretrial conference scheduled for October 26, 2026 is **CANCELED**.

**SIGNED** on October 23, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE